

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,832-01

### EX PARTE CHARLES GILBERT RANDLE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W14-41048-U(A) IN THE 291ST DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated robbery and sentenced to imprisonment for twelve years.

The trial court signed an order designating issues on October 19, 2015. After 180 days from the day the writ application was served on the State, the writ application was forwarded to this Court. TEX. R. APP. P. 73.5.

Applicant has alleged facts which, if true, could entitle him to relief. We remand this application to the 291st District Court of Dallas County to allow the trial judge to complete an

evidentiary investigation and enter findings of fact and conclusions of law resolving the designated issues.

This application will be held in abeyance until the trial court has resolved the issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: April 13, 2016

Do not publish